| | |
|---|---|
| 1 | JASON C. ROSS, ESQ. (Bar No. 252635) |
| | rossj@higgslaw.com |
| 2 | RACHEL E. MOFFITT, ESQ. (Bar No. 307822) |
| | moffittr@higgslaw.com |
| 3 | HIGGS FLETCHER & MACK LLP |
| | 401 West "A" Street, Suite 2600 |
| 4 | San Diego, CA  92101-7913 |
| | TEL:  619.236.1551 |
| 5 | FAX:  619.696.1410 |
| 6 | Attorneys for Defendant |
| 7 | WAL-MART ASSOCIATES, INC. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AVILA, an individual, | CASE NO. **'18 CV 1384 BEN NLS** |
| Plaintiff, | **NOTICE OF PARTY WITH FINANCIAL INTEREST (L.R. 40.2)** |
| v. | |
| WAL-MART ASSOCIATES, INC., a corporation; and DOES 1 through 50, inclusive, | Case Filed:    May 22, 2018 |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

///

8551458.1

Notice of Interested Parties

| | |
|---|---|
| 1 | **TO THE CLERK OF THE UNITED STATES DISTRICT COURT** |
| 2 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO** |
| 3 | **PLAINTIFF:** |
| 4 | **PLEASE TAKE NOTICE THAT**, pursuant to Rule 7.1 of the Federal |
| 5 | Rules of Civil Procedure, and Civil Local Rule 40.2, the undersigned, counsel of |
| 6 | record for Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), the only |
| 7 | non-governmental corporate party to this action, hereby certifies that Defendant is |
| 8 | a wholly owned subsidiary of Walmart Inc., a publicly traded corporation on the |
| 9 | New York Stock Exchange that has no parent corporation, and no publicly held |
| 10 | company, to its knowledge, owns 10% or more of its stock. |

Dated:  June 22, 2018                              HIGGS FLETCHER & MACK LLP


By: *s/Jason C. Ross*
    JASON C. ROSS, ESQ.
    RACHEL E. MOFFITT, ESQ.
    Attorneys for Defendant
    WAL-MART ASSOCIATES, INC.